Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED _____ ENTERED
LODGED _____ RECEIVED

# UNITED STATES DISTRICT COURT
for the
_____ District of MD

JUL 3 0 2018

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Civil _____ Division

Denise M. Harden-Ruggiero
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Larry Hogan; Joseph Clocker; John Wobersmith;
Timothy Moore, Sr.; Craig Crunnaugh;
Erin Pearl; J. Charles Smith; Charles
Jenkins; Sandra Dalton; Paul DeWolfe; Brian Frosh;
And Emmit Davitt   *Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. RDB-18-2330
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Denise M. Ruggiero
All other names by which you have been known: Denise M. Harden
ID Number: # 051010
Current Institution: Frederick County Adult Detention Center
Address: 7300 Marcies Choice Lane
Frederick  MD  21704
City  State  Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Timothy Moore, Sr.
Job or Title (if known): Detective
Shield Number: ZJ/10/2016
Employer: Frederick County Sheriff's Office
Address: 100 Airport Drive
Frederick  MD  21701
City  State  Zip Code
☒ Individual capacity  ☒ Official capacity

Defendant No. 2
Name: Craig Cavanaugh
Job or Title (if known): Investigator
Shield Number:
Employer: State's Attorneys Office - Frederick County
Address: County Courthouse P.O. Box 210
Frederick  MD  21705-0210
City  State  Zip Code
☒ Individual capacity  ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
   Name: Erin Pearl
   Job or Title (if known): Assistant State's Attorney - Frederick County
   Shield Number:
   Employer: State's Attorneys Office - Frederick County
   Address: County Courthouse P.O. Box 210
   City: Frederick   State: MD   Zip Code: 21705-0210
   ☒ Individual capacity   ☒ Official capacity

Defendant No. 4
   Name: J. Charles Smith
   Job or Title (if known): State's Attorney - Frederick County
   Shield Number:
   Employer: State's Attorneys Office - Frederick County
   Address: County Courthouse P.O. Box 210
   City: Frederick   State: MD   Zip Code: 21705-0210
   ☒ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Unlawful arrest/imprisonment; Malicious prosecution; Abuse of process

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## B. The Defendant(s) Continued

Defendant No. 5

    Name      Sandra K. Dalton
    Job or Title *(if known)*      Clerk of the Court - Frederick
    Shield Number      N/A
    Employer      Frederick County Court
    Address      100 West Patrick St.
     Frederick, MD 21701

Defendant No. 6

    Name      Charles Jenkins
    Job or Title *(if known)*      Sheriff
    Shield Number      N/A
    Employer      Frederick County Sheriff's Office, MD
    Address      100 Airport Drive
     Frederick, MD 21701

Defendant No. 7

    Name      Emmit Davitt
    Job or Title *(if known)*      State Prosecutor
    Shield Number      300 East Joppa Road
    Employer      Hampton Plaza, Suite 410
    Address      Towson, MD 21286-3152

Defendant No. 8

    Name      Paul DeWolfe
    Job or Title *(if known)*      MD Public Defender
    Shield Number      N/A
    Employer      6 St. Paul St., Suite 1400
    Address      Baltimore, MD 21202

Defendant No. 9

    Name      John Wobersmith
    Job or Title *(if known)*      MD Secretary of State
    Shield Number      State House
    Employer      Annapolis, MD 21401
    Address

Defendant No. 10

    Name      Joseph Clocker, Director
    Job or Title *(if known)*      Director MD Dept. Parole/Probation
    Shield Number      6776 Reisterstown Road, Suite 212
    Employer      Baltimore, MD 21215
    Address

## B.   The Defendant(s) Continued

Defendant No. ~~5~~ 11

    Name: Brian Frosh
    Job or Title *(if known)*: MD Attorney General
    Shield Number: N/A
    Employer:
    Address:

Defendant No. ~~6~~ 12

    Name: Larry Hogan
    Job or Title *(if known)*: Governor
    Shield Number: N/A
    Employer:
    Address:

Defendant No. 7

    Name:
    Job or Title *(if known)*:
    Shield Number:
    Employer:
    Address:

Defendant No. 8

    Name:
    Job or Title *(if known)*:
    Shield Number:
    Employer:
    Address:

Defendant No. 9

    Name:
    Job or Title *(if known)*:
    Shield Number:
    Employer:
    Address:

Defendant No. 10

    Name:
    Job or Title *(if known)*:
    Shield Number:
    Employer:
    Address:

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* detained for an alleged violation of probation w/out a preliminary OR final Revocation hearing beginning 02/13/2018 → present

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

The events giving rise to my claim arose at my family's home in Albany, NY beginning in October of 2013 Continuing See Attached (DMHR) through out 02/19/2018

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Case 1:18-cv-02330-RDB   Document 1   Filed 07/30/18   Page 7 of 20

## II. Basis for Jurisdiction

1. Timothy Moore Sr., DFC Frederick County Sheriff's Office, MD abused his position, under color of law on 02/19/2018 to execute an arrest warrant he knew had already been executed 04/12/2017 to disguise what he called a "mistake" made by the arresting agency - Colonie, NY Police Department. On 02/19/2018 DFC Moore knowingly & with wanton disregard of my protected Constitutional rights did unlawfully imprison me in Albany, NY and transport me to the Frederick County Adult Detention Center against my will, without a valid warrant or probable cause.

2. Craig Cavanaugh, Special Investigator, Frederick County State's Attorney Office abused his position between 05/19/2017 - 06/14/2017 to falsify, materially alter, and/or create fictious court documents he submitted in an "Application for Rendition" he made to the MD Secretary of State. Notably, Mr. Cavanaugh substituted a blank return of service where 04/12/2017's was required.

3. Erin Pearl, Assistant State's Attorney for Frederick County, MD abused her position by failing to notify judicial officials in MD and NY, the MD Secretary of State, & the Executive Offices of MD & NY of her direct knowledge of the existence of 04/12/2017's return of service, that my arrest was unlawful, my probation case closed and of her awareness that J. Charles Smith, III; Craig Cavanaugh; and DFC Timothy Moore falsified the public record and documents submitted to the MD Secretary of State & the Executive Offices of MD & NY. To date Ms. Pearl continues to withhold email in her possession proving these assertions. Copies were provided to me by the Frederick County State's Attorney's Office in response to an MPIA request 04/29/2018.

*Donia M. Ruogguno 07/28/2018* (signature in left margin)

4. J. Charles Smith, III, State's Attorney for Frederick County, MD abused his position by submitting sworn statements to the Frederick County Circuit Court (10/12/2016), The MD Secretary of State (05/04 - 05/26/2017) about my address, case disposition/status, & the status of the arrest warrant he knew to be false. Mr. Smith failed to discipline, report illegal activity, direct, train, supervise employees of the State's Attorneys Office.

5. Sandra K. Dalton, Clerk of the Court, Frederick, MD abused her position to falsify documents in public records, sign jail commitment papers without court orders, accept documents for filing that don't conform to legal standards, and certified a case file as "true" knowing it not to be.

6. Charles Jenkins, Sheriff of the Frederick County Sheriff's Office, MD - abused his position as Sheriff to send threatening email warning of my arrest if I filed any complaints about his or his employees conduct; failed to discipline, train, supervise, and direct his deputies including Timothy Moore, Eric Byers, and others in the proper use of their official duties

7. Emmit Davitt, State Prosecutor failed to act on several complaints filed outlining illegal activities of several deputies of the Frederick County Sheriff's Office, Retired Frederick District Court Judge Janice Bodnick Ambrose, & J. Charles Smith III. Mr. Davitt knew I was being threatened with arrest by email and in person in Colonie, NY after filing a complaint with the MD Commission on Judicial Disabilities over an unlawful

Denise M Ruggiero
07/28/2018

arrests of me between 2010- pre 2013 (MD CJD, Ambrose-Harden 2013-109). Mr. Druti's failure to act is a direct and proximate cause of this claim.

8. Paul DeWolfe, Public Defender - failed to discipline, report the unethical/illegal activities of his Frederick employees, train, supervise attorneys hired by his agency. Mr. DeWolfe failed to correct a simple docket entry error that gave rise to a 32 week period of unlawful imprisonment in 2015, in the same case. Mr. DeWolfe's employees continued failure to correct the docket entry error or to represent me, today is a direct cause of this claim.

*Uma M Ruggero 07/28/2015*

9. John Wobersmith, MD Secretary of State failed to establish policies for verifying requisition requests prior to submission to the Executive Office of Larry Hogan. Mr. Wobersmith's failed to direct, train, supervise, or discipline employees in the performance of their official duties. Mr. Wobersmith's Office lacks procedures to correct or hold accountable employees who have illegally extradited people from outside MD.

10. Brian Frosh, Attorney General for MD failed to train, direct, supervise members of the MD Judiciary in the proper use of their official duties. Mr. Frosh failed to respond, discipline members of the Frederick County Sheriff's Office & Frederick County State's Attorneys Office for abuse of process when original complaints were filed with H. Scott Curtis in 2013.

12.) Larry Hogan, Governor - failed to direct, train, supervise employees of his extradition unit. Rubber stamping a requisition request received from the MD Secretary of State on the same day the documents are received sets a dangerous precedent for defendants. At the very least out of state defendants wanted for violations of probation are entitled to an on-site preliminary hearing. The MD Executive Office has no procedures, policies in place to verify the accuracy or status of documents submitted in requisition requests.

Dena M. Ruggiero
07/28/2018

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.    What date and approximate time did the events giving rise to your claim(s) occur?

10/07/2013 — 10/05/2015;
04/12/2017; 05/24 – 05/26/2017; 05/30/2017; 02/19/2018; 02/20/2018

    D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

① I'd like the court to order the MD Attorney General's Office to assess, develop policies and train State's Attorneys, the MD Secretary of State, & Executive Office in the proper manner & documents required to requisition defendants from out of state

② I'd like the State of MD to verify whether or not an out of state defendant arrested for a violation of probation has received a preliminary hearing prior to requisition

Actual Damages = $100,000 (legal fees / lost wages) Punitive damages = $250,000

③ I'd like to recover monetary damages for legal fees spent defending myself against the State of MD's falsified documents; damages for the time I've spent unlawfully imprisoned; for the pain & suffering inflicted upon me by the Frederick County State's Attorney's Office / Sheriff's Office and Punitive damages to ensure this doesn't happen again to anyone.

D. What are the facts underlying your claim(s)?

1. On 10/12/2016, Frederick County State's Attorney J. Charles Smith falsely swore an arrest warrant alleging me to be in violation of probation in MD Case No.:10-K-11-049383 / NY Case No.: 113766.

2. The state knew my case transferred through ICAOS to Albany, NY 12/21/2011 and was discharged through the MD Department of Parole & Probation 03/15/2013. The case file had the wrong address, disposition, and case status.

3. On 04/12/2017 an unnamed Frederick County Sheriff's Office employee contacted an unnamed Colonie, NY Police employee to execute the arrest warrant. I was arrested without a copy of the warrant approximately 2 and ½ hours after the phone call was received. I was charged as a "fugitive from justice" under NY 5.16 wherein it was alleged I was a MD resident at the time of the violation.

4. The charging document alleged that on or about 10/12/2016, I fled my home in Emmitsburg, MD and took refuge in Albany, NY to avoid prosecution for a violation of probation in MD Case No.: 10-K-11-049383 / NY Case No.: 113766.

5. At all times during the alleged event, the state had documentation of my probation transfer, discharge, and I resided at my approved Albany, NY address.

6. On 05/24/2017, more than 6 weeks after my arrest, I filed a Freedom of Information Act Request and received a copy of both MD's and NY's warrants and the return of service on MD's warrant NY provided where it was confirmed the MD court file contained fatal clerical errors including my address, case disposition, case status. Additionally, it was learned the return of service had been falsifed by Colonie, NY Police Investigator Jeffery Guzy. The return was falsified to show me served at 12:02 PM, 24 minutes before the fax send inscription header shows the warrant was received by Colonie, NY Police from the Frederick County Sheriff's Office, MD.

7. On 05/26/2017, Frederick County Court Clerk Sandra K. Dalton certified a packet of documents including "true copies" of court records submitted to the MD Secretary of State's Office. in application for my rendition.

8. On 05/30/2017, Frederick County State's Attorney Investigator Craig Cavanaugh submitted documents in the "Application for Requisition" he materially altered, falsified, or created including a blank return of service where the 04/12/2017 return should have been placed. The documents provided by Craig Cavanaugh alleged me with a felony conviction, a MD address, a violation of probation and an outstanding warrant. The documents were never verified for accuracy by the MD Secretary of State before being submitted to the MD Executive Office.

9. On 06/14/2017, the MD Secretary of State Extradition Coordinator, Michael P. Schlein

1/3

submitted the falsified requisition request to Larry Hogan. On the same date, the application was rubber stamped by an unknown employee of Governor Hogan's Office. *I would not receive a copy of the requisition packet until 09/11/2018*

10. On 07/19/2017, MD Department of Parole and Probation Officials provided a copy of my Interstate Compact documents and case file from the Frederick County Probation Department proving my probation transferred and discharged 03/15/2013. My probation discharge was confirmed by Frederick Probation Officer Michelle Eyler 04/11/2013.

11. On 07/20/2017, Albany NY attorney, Kevin O'Brien filed for a Writ of Habeas Corpus on the grounds probation had been discharged well 3 years before the violation had been filed. The clerical errors in MD case file were exposed.

12. On 08/16/2017, MD Public Defender Paul DeWolfe assigned Initia Lletau to address the clerical errors that gave rise to 04/12/2017's false arrest. Ms. Lletau never entered.

13. On 08/16/2017, Albany, NY attorney, Adam Eggleston argued further that the MD case file was inaccurate. My application for a Writ was denied on the grounds NY State was forbidden from inquiring past the facial sufficiency of the documents falsely sworn and submitted by to the executive offices of MD and NY by the Frederick County State's Attorney's Office. Execution of the Governor's warrant was stayed through February 2018 to allow the MD Public Defender's Office to correct the clerical errors their agency was responsible for.

14. In the month of September, I received a copy of the requisition packet for the first time and noticed the falsely sworn, materially altered, and fabricated documents included. I contacted the Frederick County Court Clerk's Office to let them know. I asked the court clerk to update the record to accurately reflect my address, case disposition, case status, & arrest warrant status. The court clerk refused and left the warrant "outstanding".

15. In the month of November, I asked the NY State Police to investigate the public officials involved in the false arrest and falsified return of service. The NY State Police referred the case to the FBI but no one contacted me.

16. In December I filed an appeal of the denial of the Writ based on fraud.

17. On Feburary 13, 2018, the stay was lifted and I was incarcerated in Albany, NY on the Governor's warrant while my appeal was pending.

18. On February 19, 2018, Frederick County Sheriff's Office employee Timothy Moore, Sr. did take custody of me from Albany without the Governor's warrant. When asked to see the Governor's warrant, DFC Moore told me he didn't need it. When I asked to see a warrant DFC Moore provided the same warrant that was executed 04/12/2017. When I told him the warrant had

2/3   

already been served, he told me the April arrest didn't count because Colonie, NY Police made "a mistake". I was driven from Albany, NY to the Frederick County Adult Detention Center where I've been held without bail for a violation of probation without a preliminary or final revocation hearing.

19. The record for the case indicates I was served with the probation bench warrant 02/20/2018/
20. To date there are four returns of service for the same arrest warrant: 04/12/2107 signed by Colonie, NY Police employee Jeffery Guzy; a blank provided to the MD Secretary of State 06/14/2017; 02/19/2018 signed by Frederick County Sheriff's Office employee, Timothy Moore, and the court record official date of service of 02/20/2018 for which I've never seen.
21. On 04/29/2018, Frederick County Assistant State's Attorney Erin Pearl did provide responses to an MPIA request that indicated she had ~~provide~~ a work email proving she had direct knowledge the MD court had Colonie, NY Police Department's 04/12/2017 return of service on prior to 05/24/2017. A Requisition request second email proved her agency knew me not to be a fugitive and that my case had transferred and discharged in 2013 yet failed to notify any judicial official or state agency her office deceived into believing a warrant for me to be "outstanding".
22. On May 9, 2018, MD Department of Parole and Probation did provide my probation discharge noticed dated 03/15/2013.
23. On May 16, 2018, I filed an "Application for a Statement of Criminal Charges" alleging Frederick County Sheriff's Office Employee Timothy Moore, Sr. did illegally imprison me in Albany NY and transport me against my will to the Frederick County Adult Detention Center when the state and he, himself knew he didn't have probable cause to.
24. Requests for independent investigations were made with the MD Secretary of State's Office, The MD Attorney Grievance Commission, The MD Commission on Judicial Disabilities, and the State Prosecutor's Office. To date, no reply has been received.
25. Though the state claims I've been assigned counsel, I haven't been allowed to speak with an attorney about my case since my arrival 02/19/2018

3/3       Denise M. Ruggiero

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ ~~Yes~~

☒ No (OmH-R)

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes (DMH-R)

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Frederick County Adult Detention Center

2. What did you claim in your grievance?

I claimed I was illegally imprisoned for an alleged violation of probation in a case that received a discharge 5 years ago. I claimed my illegal imprisonment was due, in part, to police documents that were fabricated and or falsified and submitted to court. I also claimed the jail administrators had access to my Department of Parole & Probation documents during my detention illegal.

3. What was the result, if any?

The jail claimed they had no way to verify whether or not my probation case was closed. I requested jail employees verify the status of my case w/ the Department of Parole & Probation or Interstate Compact for Adult Offender Supervision. When jail employees refused, I wrote and received confirmation of my closed case status.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

The jail claimed my complaints weren't grievable.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

See Attached

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes (OmHR)

☒ ~~No~~

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) Denise M. Harden
   Defendant(s) Apple Sr., Sheriff of Albany County

2. Court *(if federal court, name the district; if state court, name the county and State)*
   State of NY, Albany County Court

3. Docket or index number
   Index #: CA 601-17

4. Name of Judge assigned to your case
   Peter J. Lynch

5. Approximate date of filing lawsuit
   07/2017 (Approximate)

6. Is the case still pending?
   ☐ Yes
   ☒ No
   
   If no, give the approximate date of disposition. 08/2017

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   I applied for and was denied a Writ of Habeas Corpus. The falsified and fabricated documents presented by the defendants to the MD Secretary of State & the Executive Offices of MD & NY were deemed "facially sufficient". I appealed but was extradited prior to the conclusion of my appeal.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

No

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/28/2018

Signature of Plaintiff: *Denise M. Harden-Ruggiero*
Printed Name of Plaintiff: Denise M. Harden-Ruggiero
Prison Identification #: # 051010
Prison Address: Frederick County Adult Detention Center, 7300 Marcies Choice Ln  Frederick  MD  21704
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code

Telephone Number: _____
E-mail Address: _____